Larry Zerner (SBN 155473)
Morrison & Rothman
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   (310) 773-3623
Email: Larry@Zernerlaw.com

Attorney for Soulbound Studios, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FALLS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOULBOUND STUDIOS, LLC; SOULBOUND STUDIOS (USA); XSOLLA (USA) Inc.; and Does 1 – 50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-00961-DDP (JPR)<br><br>DECLARATION OF JEROMY WALSH IN SUPPORT OF DEFENDANT SOULBOUND STUDIOS, LLC'S MOTION TO DISMISS THE COMPLAINT<br><br>HEARING DATE: May 10, 2021<br>TIME: 10:00 a.m.<br>COURTROOM 9c<br><br>Action Filed: February 3, 2021 |

I, Jeromy Walsh, declare as follows:

1.   I am the CEO of Soulbound Studios, LLC ("Soulbound"). I live and work in the State of Washington.  I make this declaration from personal knowledge.

2.   Soulbound is currently and always operated exclusively in King County, Washington.  Soulbound has no offices in any other state or country.

- 1 –

3.   To purchase content from Soulbound Studios, customers must first register on the Chronicles of Elyria website.  Mr. Falls first registered with Soulbound on June 25, 2017. To do so, he was required to fill out a form, a true and correct copy of which I attach as Exhibit A to this Declaration.  This form includes a message stating "By creating an account you accept the Soulbound Studios Terms of Use and Privacy Policy and if you are under 18 years of age, confirm that your parent or guardian has also read and accepted the Terms of use and Privacy Policy on your behalf." Beginning June 29, 2018 Mr. Falls proceeded to create an additional 14 accounts over two months, a process which required he also click a checkbox stating, "I agree to the Terms of Service," a true and correct copy of which I attach as Exhibit B to this Declaration.

4.   In addition to the registration process, each and every time a user wishes to make a purchase on the Chronicles of Elyria website, they are required to click a stylized checkbox, again stating they agree to the Soulbound Terms of Use. After which, the checkbox changes to denote they have agreed. If they do not click the checkbox, they cannot make a purchase. A true and correct copy of the checkout box is attached as Exhibit C to this Declaration.

5.   A review of Mr. Falls records shows that he made approximately 60 purchases of game content.  Each time he made a purchase, he would have had to click on the circle agreeing to the Terms of Use.  Mr. Falls' first purchase was on June 25, 2017 and his final purchase was on November 29, 2019.

6.   As reflected in Exhibits A through C, a user could click on the words "Terms of Use" or "Terms of Service", which in all cases would take the user to a separate page displaying the Terms.

7.   I attach as Exhibit D a true and correct copy of the Terms in effect on June 25, 2017.

8.    I attach as Exhibit E a true and correct copy of the Terms in effect February 27, 2018.

Walsh Declaration

9. I attach as Exhibit F a true and correct copy of the Terms in effect May 25, 2018.

10. I also would like to point out that in Paragraph 19 of the Complaint, Mr. Falls admitted that he checked the box agreeing to the Terms of Service.

11. Exhibits D and E included the following clause in the Terms:

"These Terms of Use, and any cause of action arising therefrom, shall be governed by the Laws of the State of Washington, without regard to principles of conflict of Laws. Any cause of action arising from these Terms of Use or your use of our Services shall have sole jurisdiction in the Superior Court for the State of Washington. Venue for any such action shall be laid with the Superior Court for the State of Washington at King County."

12. Exhibit F included the following clause in the Terms:

"These Terms of Use, and any cause of action arising therefrom, shall be governed by the Laws of the State of Washington, without regard to principles of conflict of Laws. Any lawsuit arising from or related to these Terms of Use or your use of our Services shall be brought exclusively before the State or Federal Courts located in King County, Washington, and you hereby consent to the jurisdiction of any such court."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this this Declaration was executed this 8th day of April 2021 in Issaquah, Washington

_____
Jeromy Walsh

- 3 -                                                Walsh Declaration



EXHIBIT A



EXHIBIT B



EXHIBIT c

TERMS OF USE

Last Updated: October 2016

PLEASE READ THE FOLLOWING TERMS AND POLICIES CAREFULLY. WHEN YOU USE OUR WEBSITE OR OUR SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTOOD, AND AGREE TO BE BOUND BY THESE TERMS AND POLICIES.

These Terms of Service, together with all Terms and Definitions herein, govern your use of and access to any page, site, or content available on ChroniclesOfElyria.com (the "Website"), which is owned by Soulbound Studios, LLC (the "Company").

By using Soulbound Studio Services, You acknowledge and affirm You are at least 13 years of age. If You are over 13 years of age, but under the age of majority in the jurisdiction in which you live, You certify you have reviewed these Terms of Use with a parent or guardian and your parent or guardian also agrees to the Terms of Use on your behalf and takes full responsibility for your compliance with the same. You, or your parent or guardian, represent that You, or your parent or guardian, understand and agree to comply with the terms, conditions, and representations set forth in these Terms of Use.

## Definitions

"Services" shall mean any website, game play, server use, computer program, third party service, software, widget, tool, or any other service provided by Soulbound Studios for your use.

"Soulbound Studios" shall mean Soulbound Studios, Inc., including any successors, administrators, agents, employees, and assigns.

"Goods, Perks, and Attributes" shall mean any character attribute, item utilized within the game, reputation, citizenship, title, in game currency, or any other item or attribute utilized within the game, whether or not purchased by You, given to You, or otherwise obtained through your use of the Services.

"You" shall mean you, the individual user of this site, and holder of any account, is applicable, including your agents, assigns, parents or guardians if under 18 years of age, or any person acting on your behalf, including guardians, heirs, or statutory beneficiaries.

## Services

**Exhibit D**

<span style="color:red">7</span>

Soulbound Studios offers a range of services on various access devises, including access to content, games, and other products and services, including those generated by third parties and user-generated content, (including potential and actual game content, forums, and other user created content, regardless of form), whether available on the world wide web or on another server or platform operated by Soulbound Studios or any other server or site to which Services are licensed by Soulbound Studios.

## Accounts

To utilize our Services, you may be required to create an Account (including, but not limited to, associated user names, user identification, guild names, or any other unique identifier) utilized while engaging our Services. Soulbound Studios has the sole right to set requirements for obtaining an Account, or to alter, cancel, suspend, or terminate any Account. You do not own the Account, or any associated content, including currencies, achievements, and downloadable content, but are granted a revocable limited license to use the account, consistent with any End User License Agreement governing any use of the Services. You are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. You agree to notify Soulbound Studios immediately of any unauthorized use of your User Account, including unauthorized use of any User ID or associated unique identifiers.

As the account holder, you are responsible for all charges incurred, including applicable taxes, and all purchases made by you or anyone that uses your Account with or without your express authorization, including family and friends. This responsibility includes payments made through any third part service utilized to facilitate purchases. Any use of third party services to facilitate transaction, including purchases of the Services, shall be governed, in addition to these Terms of Service, by the terms of service of the third party service through which the transaction was facilitated.

## Kickstarter and Fundraising

The Company has raised and may in the future raise funds to be used for the provision of the Services. including offering access to the Services and certain Goods, Perks, and Attributes according to pre-determined packages. Any funds raised on a third party service (i.e. – Kickstarter, GoFundMe, etc.) shall be governed by the terms of service of the particular third party service. Any funds raised through such third party service, as well as any funds raised through pre-release sales Services or any in-game

incentives or perks as part of the Services, shall not constitute an investment and is a deposit to be used for the production of and the delivery of the Services, including the development and production costs for the Services, including operational costs of related to the Services or any third-party service costs deemed necessary or advisable to offer the Services, and including Soulbound Studios' corporate expenses incurred in order to develop, produce, and deliver the Services.

Any funds so raised shall be earned by Soulbound Studios and are non-refundable. Such funds shall be applied to the direct provision of any Purchase made and/or to the cost of provision of the Services. Soulbound Studios shall use best efforts to deliver Services purchased pre-release on or before the estimated release date for the Services. However, you acknowledge and agree such delivery date is not a firm promise and may be extended by Soulbound Studios. Any portion of funds raised for the provision of the Services shall be non-refundable, unless such funds shall be deemed refundable under terms of services of the third party service through which those funds for the provision of Services were procured and in effect at the time of provision of those funds. In consideration of Soulbound Studios' use of best efforts to develop, produce, and deliver the Services utilizing, in part or in whole, the funds raised for the provision of Services, you agree any amounts raised shall be non-refundable regardless of whether or not Soulbound Studios actually delivers the Services. In consideration for the promises by Soulbound Studios, you agree you shall irrevocable waive any claim for refund of any such funds.

You acknowledge and agree the Services provided may differ in certain aspects from descriptions, screen shots, or game footage shown or described at the time of deposit of such funds.

## In Game Purchases of Goods, Perks, and Attributes

All Goods, Perks, and Attributes remain shall remain the property of Soulbound Studios at all times and are subject to its sole determination as to rules, regulations, and game play. You acknowledge and agree You have a limited license to access and use Goods, Perks, and Services which is governed by these Terms of Services, as well as the Soulbound Studios End User License Agreement, as they may be amended from time to time. You acknowledge Goods, Perks, and Attributes have no cash value and are not redeemable for any some of money or monetary value from Soulbound Studios at any time, including removal of Goods, Perks, and Attributes from your account due to changes by Soulbound Studios to the Services. You expressly acknowledge and agree Soulbound Studios may change, modify, update, suspend, delete, remove, or otherwise alter the appearance, function, use, and/or properties of the Service or any Goods, Perks, and Attributes, and that such changes enhance and

improve Your use of the Services. These terms apply in full to transfer of limited license to any other user of the Services, including any gifting, in game contract enforcement, or to any other use, transfer, or transaction involving Goods, Perks and Attributes.

## Purchases and Refunds

You acknowledge and accept that all purchases of the Services, as well as any purchase of any Goods, Perks, and Attributes, is FINAL. You acknowledge and agree that any applicable fees and other charges, including those paid for licenses to the Services or any Goods, Perks, and Attributes, including any virtual in game currency, are not refundable, in whole or in part. You acknowledge you will not be refunded, receive money, or otherwise be compensated or credited for unused virtual currency or other Goods, Perks, and Attributes, or of any unused Services, when an account is closed, whether such closure is voluntary or involuntary.

## Third Party Services

For certain transactions or aspects of game play, Soulbound Studios may transmit your information to certain third party services or vendors, or require You to utilize such third party services to facilitate certain aspects of the Services or purchases of the Services or Goods, Perks, and Attributes. Soulbound Studios makes no warranties or representations as to any such third party services, and Soulbound Studios will in no way be responsible or in any way liable for Your use of such third party services. Such use of third party services shall be governed by the terms of service of the particular service, which may or may not differ from these Terms of Service.

## Content

"Content" includes all data, forum postings, photographs in any form, video, game play, chat or other message, animation or graphics, files, lore, stories, suggestions, poll results, concepts, User Generated Content, or any other data, content, or material appearing in, contained in, or generated by use of the Services, whether on the world wide web or on another server or platform operated by Soulbound Studios or any other server or site to which Services are licensed by Soulbound Studios. All Content is owned by Soulbound Studios.

## User Generated Content

Content includes User Generated Content. User Generated Content is key to use of Soulbound Studios' Services. User Generated Content includes all forms of Content,

**Exhibit D**                                                                                           **10**

supra, which are generated by You or any other user of Soulbound Studios' Services. User Generated Content includes User Account personas (and all other unique identifiers); user names; forum posts; chat posts; customer service chats; communications; images; sounds; videos; game suggestions, ideas, notes, feedback, lore, or concepts; or other information concerning the services, whether generated at Soulbound Studios' specific request, as part of your use of the Services, or via any other method while utilizing Soulbound Studios' Services. User Generated Content includes materials or information that is contributed by You or by any other person using the Services. By created User Generated Content, you grant to Soulbound Studios, and its licensors, licensees, any other person so designated by Soulbound Studios a perpetual, irrevocable, worldwide irrevocable and transferable license, without right to payment or royalty. In addition, you grant a limited license to all users of Services to utilize said User Generated Content while utilizing the services, including all necessary reproduction, distribution, display, performance, or other license rights necessary to utilize the Services.

## Limitations on User Generated Content

By generating User Generated Content, you agree that the content is not otherwise protected as copyright, trademark, or other intellectual property rights, unless you own said rights or have a transferrable license to said rights.

Consistent with 47 U.S.C. § 230, Soulbound Studios reserves the sole and final right to review, remove, block, edit, move or disable User Generated Content for any reason, with or without notice, and without liability to You. You agree to report any User Generated Content you believe to be in violation with these Terms of Use. If Soulbound Studios determines User Generated Content violates these Terms of Use, Soulbound Studios may take action, at its sole discretion, to suspend, terminate, or otherwise restrict a user of Services or the associated User Account. Soulbound Studios assumes no responsibility or liability for any User Generated Content, either as a result of generation of said content or Soulbound Studios' decision to remove or not remove or to take or not take any action with respect to User Generated Content.

## In Game Contracts

An integral part of Soulbound Studios services is the utilization of in-game contracts, or contracts between users undertaken during game play as part of the game. Said contracts are not intended to create contractual obligations on behalf of any person or party. You agree You have no right to enforce any in-game contract between users. Soulbound Studios has the sole discretion to determine the mechanisms of game play with respect to any in-game contracts or obligations undertaken during the use of

**Exhibit D**    <span style="color:red">**11**</span>

Services, and Soulbound Studios shall be the sole and final arbiter of any in-game contracts. In game contracts do not include the End User License Agreements, Terms of Use, or any other obligation undertaken by You as a result of using the Services.

## Code of Conduct

Illegal or Abusive Usage is Strictly Prohibited: You must not abuse, harass, threaten, impersonate, or intimidate other users of our Services or any employee, agent, or affiliate of Soulbound Studios. You may not use our Services for any illegal or unauthorized purpose. Distribution of any user's personal information, commonly known as doxing, is prohibited. International users agree to comply with all local laws regarding online conduct and acceptable content. Soulbound Studios and its Services shall be free of discrimination on the basis of race, ethnicity, religion, nationality, and sexual identity, and conduct not consistent with the same, including language that is obscene, threatening, bullying, sexually threatening, or invades the personal privacy of any user is a violation of the Code of Conduct.

In addition, all User Generated Content on any forum operated by Soulbound Studios is also bound by the Community Forums Code of Conduct, found at https://chroniclesofelyria.com/Forums/Conduct.

Should you be found to have engaged in illegal or abusive usage of our Services, or any violation of these Terms of Use or Code of Conduct, Soulbound Studios may suspend, terminate, or take other action regarding your User Account. Soulbound Studios is the sole and final arbiter of whether conduct violates these Terms of Use. Soulbound Studios assumes no responsibility or liability for any User Conduct or Soulbound Studios' decision to take action or not to take action with respect to User Conduct.

## Copyright

Copyright: All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of Soulbound Studios, protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of the Company and protected by U.S. and international copyright laws. All software used on this site is the property of Soulbound Studios or its software suppliers, third party affiliates, or User Generated Content is protected by United States and international copyright laws.

## DISCLAIMER

**Exhibit D**                                                                                    <span style="color:red">12</span>

Disclaimer of Warranties and Limitation of Liability: THIS SITE AND ALL SERVICES, INCLUDING ANY AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE ARE PROVIDED BY SOULBOUND STUDIOS ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. SOULBOUND STUDIOS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR ANY SERVICES, OR OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE OR THROUGH OUR SERVICES, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. COMPANY DOES NOT WARRANT THAT THIS SITE; INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE; THEIR SERVERS; OR E-MAIL SENT FROM COMPANY ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. COMPANY WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

## Applicable Law, Jurisdiction, and Venue

These Terms of Use, and any cause of action arising therefrom, shall be governed by the Laws of the State of Washington, without regard to principles of conflict of Laws. Any cause of action arising from these Terms of Use or your use of our Services shall have sole jurisdiction in the Superior Court for the State of Washington. Venue for any such action shall be laid with the Superior Court for the State of Washington at King County.

TERMS OF USE

Last Updated: Updated February 2018

PLEASE READ THE FOLLOWING TERMS AND POLICIES CAREFULLY. WHEN YOU USE OUR WEBSITE OR OUR SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTOOD, AND AGREE TO BE BOUND BY THESE TERMS AND POLICIES.

These Terms of Service, together with all Terms and Definitions herein, govern your use of and access to any page, site, or content available on ChroniclesOfElyria.com (the "Website"), which is owned by Soulbound Studios, LLC (the "Company").

## Acknowledgement of Age

By using Soulbound Studio Services, You acknowledge and affirm You are at least 13 years of age. If You are over 13 years of age, but under the age of majority in the jurisdiction in which you live, You certify you have reviewed these Terms of Use with a parent or guardian and your parent or guardian also agrees to the Terms of Use on your behalf and takes full responsibility for your compliance with the same. You, or your parent or guardian, represent that You, or your parent or guardian, understand and agree to comply with the terms, conditions, and representations set forth in these Terms of Use.

## Definitions

"Services" shall mean any website, game play, server use, computer program, third party service, software, widget, tool, or any other service provided by Soulbound Studios for your use.

"Soulbound Studios" shall mean Soulbound Studios, Inc., including any successors, administrators, agents, employees, and assigns.

"Goods, Perks, and Attributes" shall mean any character attribute, item utilized within the game, reputation, citizenship, title, in game currency, or any other item or attribute utilized within the game, whether or not purchased by You, given to You, or otherwise obtained through your use of the Services.

"You" shall mean you, the individual user of this site, and holder of any account, is applicable, including your agents, assigns, parents or guardians if under 18 years of age, or any person acting on your behalf, including guardians, heirs, or statutory beneficiaries.

**EXHIBIT E**                                                                    **14**

## Services

Soulbound Studios offers a range of services on various access devices, including access to content, games, and other products and services, including those generated by third parties and user-generated content, (including potential and actual game content, forums, and other user created content, regardless of form), whether available on the world wide web or on another server or platform operated by Soulbound Studios or any other server or site to which Services are licensed by Soulbound Studios.

## Accounts

To utilize our Services, you may be required to create an Account (including, but not limited to, associated user names, user identification, guild names, or any other unique identifier) utilized while engaging our Services. Soulbound Studios has the sole right to set requirements for obtaining an Account, or to alter, cancel, suspend, or terminate any Account. You do not own the Account, or any associated content, including currencies, achievements, and downloadable content, but are granted a revocable limited license to use the account, consistent with any End User License Agreement governing any use of the Services. You are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. You agree to notify Soulbound Studios immediately of any unauthorized use of your User Account, including unauthorized use of any User ID or associated unique identifiers.

As the account holder, you are responsible for all charges incurred, including applicable taxes, and all purchases made by you or anyone that uses your Account with or without your express authorization, including family and friends. This responsibility includes payments made through any third part service utilized to facilitate purchases. Any use of third party services to facilitate transaction, including purchases of the Services, shall be governed, in addition to these Terms of Service, by the terms of service of the third party service through which the transaction was facilitated.

The use of the user account you created by any other person is strictly prohibited, whether on a temporary or permanent basis. The transferring of any in-game service, content, serial code number, access key, virtual items, virtual currency, or any other transfer of game content, attributes, or access in exchange for any consideration external to the gaming environments, whether currency or trade, is strictly prohibited.

**EXHIBIT E**                                                           **15**

Soulbound Studios either owns or has exclusively licensed all of the content which appears in Chronicles of Elyria. No one has the right to "sell" Soulbound Studios' content, including accounts and/or virtual items, except Soulbound Studios. Soulbound Studios does not recognize any property claims outside of Chronicles of Elyria or the purported sale, gift, or trade in the "real world" of anything related to Chronicles of Elyria. Accordingly, you may not sell or purchase accounts or virtual items for "real" money or exchange items outside of Chronicles of Elyria. Please note that Soulbound Studios is entitled to and will prevent any such transactions, including, but not limited to, removal of the items involved in the trade, suspension of accounts, banning of an account, or any other discipline or remedy deemed appropriate by Soulbound Studios.

## Kickstarter and Fundraising

The Company has raised and may in the future raise funds to be used for the provision of the Services. including offering access to the Services and certain Goods, Perks, and Attributes according to pre-determined packages. Any funds raised on a third party service (i.e. – Kickstarter, GoFundMe, etc.) shall be governed by the terms of service of the particular third party service. Any funds raised through such third party service, as well as any funds raised through pre-release sales Services or any in-game incentives or perks as part of the Services, shall not constitute an investment and is a deposit to be used for the production of and the delivery of the Services, including the development and production costs for the Services, including operational costs of related to the Services or any third-party service costs deemed necessary or advisable to offer the Services, and including Soulbound Studios' corporate expenses incurred in order to develop, produce, and deliver the Services.

Any funds so raised shall be earned by Soulbound Studios and are non-refundable. Such funds shall be applied to the direct provision of any Purchase made and/or to the cost of provision of the Services. Soulbound Studios shall use best efforts to deliver Services purchased pre-release on or before the estimated release date for the Services. However, you acknowledge and agree such delivery date is not a firm promise and may be extended by Soulbound Studios. Any portion of funds raised for the provision of the Services shall be non-refundable, unless such funds shall be deemed refundable under terms of services of the third party service through which those funds for the provision of Services were procured and in effect at the time of provision of those funds. In consideration of Soulbound Studios' use of best efforts to develop, produce, and deliver the Services utilizing, in part or in whole, the funds raised for the provision of Services, you agree any amounts raised shall be non-refundable regardless of whether or not Soulbound Studios actually delivers the

**EXHIBIT E**

**16**

Services. In consideration for the promises by Soulbound Studios, you agree you shall irrevocable waive any claim for refund of any such funds.

You acknowledge and agree the Services provided may differ in certain aspects from descriptions, screen shots, or game footage shown or described at the time of deposit of such funds.

## In Game Purchases of Goods, Perks, and Attributes

All Goods, Perks, and Attributes remain shall remain the property of Soulbound Studios at all times and are subject to its sole determination as to rules, regulations, and game play. You acknowledge and agree You have a limited license to access and use Goods, Perks, and Services which is governed by these Terms of Services, as well as the Soulbound Studios End User License Agreement, as they may be amended from time to time. You acknowledge Goods, Perks, and Attributes have no cash value and are not redeemable for any sum of money or monetary value from Soulbound Studios at any time, including removal of Goods, Perks, and Attributes from your account due to changes by Soulbound Studios to the Services. You expressly acknowledge and agree Soulbound Studios may change, modify, update, suspend, delete, remove, or otherwise alter the appearance, function, use, and/or properties of the Service or any Goods, Perks, and Attributes, and that such changes enhance and improve Your use of the Services. These terms apply in full to transfer of limited license to any other user of the Services, including any gifting, in game contract enforcement, or to any other use, transfer, or transaction involving Goods, Perks and Attributes.

## Purchases and Refunds

You acknowledge and accept that all purchases of the Services, as well as any purchase of any Goods, Perks, and Attributes, is FINAL. You acknowledge and agree that any applicable fees and other charges, including those paid for licenses to the Services or any Goods, Perks, and Attributes, including any virtual in game currency, are not refundable, in whole or in part. You acknowledge you will not be refunded, receive money, or otherwise be compensated or credited for unused virtual currency or other Goods, Perks, and Attributes, or of any unused Services, when an account is closed, whether such closure is voluntary or involuntary.

## Third Party Services

For certain transactions or aspects of game play, Soulbound Studios may transmit your information to certain third party services or vendors, or require You to utilize

**EXHIBIT E**                                           **17**

such third party services to facilitate certain aspects of the Services or purchases of the Services or Goods, Perks, and Attributes. Soulbound Studios makes no warranties or representations as to any such third party services, and Soulbound Studios will in no way be responsible or in any way liable for Your use of such third party services. Such use of third party services shall be governed by the terms of service of the particular service, which may or may not differ from these Terms of Service.

# Content

"Content" includes all data, forum postings, photographs in any form, video, game play, chat or other message, animation or graphics, files, lore, stories, suggestions, poll results, concepts, User Generated Content, or any other data, content, or material appearing in, contained in, or generated by use of the Services, whether on the world wide web or on another server or platform operated by Soulbound Studios or any other server or site to which Services are licensed by Soulbound Studios. All Content is owned by Soulbound Studios.

# User Generated Content

Content includes User Generated Content. User Generated Content is key to use of Soulbound Studios' Services. User Generated Content includes all forms of Content, supra, which are generated by You or any other user of Soulbound Studios' Services. User Generated Content includes User Account personas (and all other unique identifiers); user names; forum posts; chat posts; customer service chats; communications; images; sounds; videos; game suggestions, ideas, notes, feedback, lore, or concepts; or other information concerning the services, whether generated at Soulbound Studios' specific request, as part of your use of the Services, or via any other method while utilizing Soulbound Studios' Services. User Generated Content includes materials or information that is contributed by You or by any other person using the Services. By created User Generated Content, you grant to Soulbound Studios, and its licensors, licensees, any other person so designated by Soulbound Studios a perpetual, irrevocable, worldwide irrevocable and transferable license, without right to payment or royalty. In addition, you grant a limited license to all users of Services to utilize said User Generated Content while utilizing the services, including all necessary reproduction, distribution, display, performance, or other license rights necessary to utilize the Services.

# Limitations on User Generated Content

**EXHIBIT E**

**18**

By generating User Generated Content, you agree that the content is not otherwise protected as copyright, trademark, or other intellectual property rights, unless you own said rights or have a transferrable license to said rights.

Consistent with 47 U.S.C. § 230, Soulbound Studios reserves the sole and final right to review, remove, block, edit, move or disable User Generated Content for any reason, with or without notice, and without liability to You. You agree to report any User Generated Content you believe to be in violation with these Terms of Use. If Soulbound Studios determines User Generated Content violates these Terms of Use, Soulbound Studios may take action, at its sole discretion, to suspend, terminate, or otherwise restrict a user of Services or the associated User Account. Soulbound Studios assumes no responsibility or liability for any User Generated Content, either as a result of generation of said content or Soulbound Studios' decision to remove or not remove or to take or not take any action with respect to User Generated Content.

## In Game Contracts

An integral part of Soulbound Studios services is the utilization of in-game contracts, or contracts between users undertaken during game play as part of the game. Said contracts are not intended to create contractual obligations on behalf of any person or party. You agree You have no right to enforce any in-game contract between users. Soulbound Studios has the sole discretion to determine the mechanisms of game play with respect to any in-game contracts or obligations undertaken during the use of Services, and Soulbound Studios shall be the sole and final arbiter of any in-game contracts. In game contracts do not include the End User License Agreements, Terms of Use, or any other obligation undertaken by You as a result of using the Services.

## Code of Conduct

Illegal or Abusive Usage is Strictly Prohibited: You must not abuse, harass, threaten, impersonate, or intimidate other users of our Services or any employee, agent, or affiliate of Soulbound Studios. You may not use our Services for any illegal or unauthorized purpose. Distribution of any user's personal information, commonly known as doxing, is prohibited. International users agree to comply with all local laws regarding online conduct and acceptable content. Soulbound Studios and its Services shall be free of discrimination on the basis of race, ethnicity, religion, nationality, and sexual identity, and conduct not consistent with the same, including language that is obscene, threatening, bullying, sexually threatening, or invades the personal privacy of any user is a violation of the Code of Conduct.

**EXHIBIT E**

**19**

In addition, all User Generated Content on any forum operated by Soulbound Studios is also bound by the Community Forums Code of Conduct, found here.

Should you be found to have engaged in illegal or abusive usage of our Services, or any violation of these Terms of Use or Code of Conduct, Soulbound Studios may suspend, terminate, or take other action regarding your User Account. Soulbound Studios is the sole and final arbiter of whether conduct violates these Terms of Use. Soulbound Studios assumes no responsibility or liability for any User Conduct or Soulbound Studios' decision to take action or not to take action with respect to User Conduct.

In addition, all User Generated Content on any forum or communication platform operated by Soulbound Studios is also bound by the Community Forums Code of Conduct, found at https://chroniclesofelyria.com/Forum/Conduct.

# Copyright

Copyright: All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of Soulbound Studios, protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of the Company and protected by U.S. and international copyright laws. All software used on this site is the property of Soulbound Studios or its software suppliers, third party affiliates, or User Generated Content is protected by United States and international copyright laws.

# DISCLAIMER

Disclaimer of Warranties and Limitation of Liability: THIS SITE AND ALL SERVICES, INCLUDING ANY AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE ARE PROVIDED BY SOULBOUND STUDIOS ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. SOULBOUND STUDIOS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR ANY SERVICES, OR OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE OR THROUGH OUR SERVICES, UNLESS OTHERWISE SPECIFIED

IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. COMPANY DOES NOT WARRANT THAT THIS SITE; INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE; THEIR SERVERS; OR E-MAIL SENT FROM COMPANY ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. COMPANY WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

## Applicable Law, Jurisdiction, and Venue

These Terms of Use, and any cause of action arising therefrom, shall be governed by the Laws of the State of Washington, without regard to principles of conflict of Laws. Any cause of action arising from these Terms of Use or your use of our Services shall have sole jurisdiction in the Superior Court for the State of Washington. Venue for any such action shall be laid with the Superior Court for the State of Washington at King County.

## Applicability

You agree that these Terms of Use supersede and cancel all previous contracts or agreements, whether oral, written, or in some other form, whether express or implied, or whether through any prior course of dealing. You agree that Soulbound Studios, from time to time, may amend these Terms of Use. You further agree it is your responsibility to read and comprehend these terms of use, and you agree to be bound by them.

**EXHIBIT E**

<span style="color:red">**21**</span>

Last Updated: May 2018

PLEASE READ THE FOLLOWING TERMS AND POLICIES CAREFULLY. WHEN YOU USE OUR WEBSITE OR OUR SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTOOD, AND AGREE TO BE BOUND BY THESE TERMS AND POLICIES.

These Terms of Service, together with all Terms and Definitions herein, govern your use of and access to any page, site, or content available on ChroniclesOfElyria.com, which is owned by Soulbound Studios, LLC (the "Company"). These Terms of Service are hereby effective on May 1, 2018.

## 1. Acknowledgement of Age

By using Soulbound Studios' Services, You acknowledge and affirm You are at least 16 years of age, if located within the European Union, or 13 years of age if located elsewhere. If You are over 16 years of age and located in the European Union, or if you are over the age of 13 years of age and reside outside the European Union, but under the age of majority in the jurisdiction in which you live, You certify you have reviewed these Terms of Use with a parent or guardian and your parent or guardian also agrees to the Terms of Use on your behalf and takes full responsibility for your compliance with the same. If you are under 16 years of age and located in the European Union, you shall comply with the parental consent requirements of this site. You, or your parent or guardian, represent that You, or your parent or guardian, understand and agree to comply with the terms, conditions, and representations set forth in these Terms of Use.

## 2. Definitions

"Services" shall mean any website, game play, server use, computer program, third party service, software, widget, tool, or any other service provided by Soulbound Studios for your use.

"Soulbound Studios" shall mean Soulbound Studios, LLC, including any successors, administrators, agents, employees, and assigns.

"Goods, Perks, and Attributes" shall mean any character attribute, item utilized within the game, reputation, citizenship, title, in game currency, or any other item or attribute utilized within the game, whether or not purchased by You, given to You, or otherwise obtained through your use of the Services.

**EXHIBIT F**

"You" shall mean you, the individual user of this site, and holder of any account, is applicable, including your agents, assigns, parents or guardians if under 18 years of age, or any person acting on your behalf, including guardians, heirs, or statutory beneficiaries.

## 3. Services

Soulbound Studios offers a range of services on various access devices, including access to content, games, and other products and services, including those generated by third parties and user-generated content, (including potential and actual game content, forums, and other user created content, regardless of form), whether available on the world wide web or on another server or platform operated by Soulbound Studios or any other server or site to which Services are licensed or directly provided by Soulbound Studios.

## 4. Account Information

To utilize our Services, you may be required to create an Account (including, but not limited to, associated user names, user identification, guild names, or any other unique identifier) utilized while engaging our Services. Soulbound Studios has the sole right to set requirements for obtaining an Account, or to alter, cancel, suspend, or terminate any Account. You do not own the Account, or any associated content, including currencies, achievements, and downloadable content, but are granted a revocable limited license to use the account, consistent with any End User License Agreement governing any use of the Services. You are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. You agree to notify Soulbound Studios immediately of any unauthorized use of your User Account, including unauthorized use of any User ID or associated unique identifiers.

As the account holder, you are responsible for all charges incurred, including applicable taxes, and all purchases made by you or anyone that uses your Account with or without your express authorization, including family and friends. This responsibility includes payments made through any third part service utilized to facilitate purchases. Any use of third party services to facilitate transaction, including purchases of the Services, shall be governed, in addition to these Terms of Service, by the terms of service of the third-party service through which the transaction was facilitated.

The use of the user account you created by any other person is strictly prohibited, whether on a temporary or permanent basis. The transferring of any in-game service,

**EXHIBIT F**                                                                          <span style="color:red">**23**</span>

content, serial code number, access key, virtual items, virtual currency, or any other transfer of game content, attributes, or access in exchange for any consideration external to the gaming environments, whether currency or trade, is strictly prohibited.

Soulbound Studios either owns or has exclusively licensed all of the content which appears in Chronicles of Elyria. No one has the right to "sell" Soulbound Studios' content, including accounts and/or virtual items, except Soulbound Studios. Soulbound Studios does not recognize any property claims outside of Chronicles of Elyria or the purported sale, gift, or trade in the "real world" of anything related to Chronicles of Elyria. Accordingly, you may not sell or purchase accounts or virtual items for "real" money or exchange items outside of Chronicles of Elyria. Please note that Soulbound Studios is entitled to and will prevent any such transactions, including, but not limited to, removal of the items involved in the trade, suspension of accounts, banning of an account, or any other discipline or remedy deemed appropriate by Soulbound Studios.

## 5. Kickstarter and Fundraising

The Company has raised and may in the future raise funds to be used for the provision of the Services., including offering access to the Services and certain Goods, Perks, and Attributes according to pre-determined packages. Any funds raised on a third-party service (i.e. - Kickstarter, GoFundMe, etc.) shall be governed by the terms of service of the particular third party service. Any funds raised through such third party service, as well as any funds raised through pre-release sales of Services or any in-game incentives or perks as part of the Services, shall not constitute an investment and is a deposit to be used for the production of and the delivery of the Services, including the development and production costs for the Services, including operational costs of related to the Services or any third-party service costs deemed necessary or advisable to offer the Services, and including Soulbound Studios' corporate expenses incurred in order to develop, produce, and deliver the Services.

Any funds so raised shall be earned by Soulbound Studios and are non-refundable. Such funds shall be applied to the direct provision of any Purchase made and/or to the cost of provision of the Services. Soulbound Studios shall use best efforts to deliver Services purchased pre-release on or before the estimated release date for the Services. However, you acknowledge and agree such delivery date is not a firm promise and may be extended by Soulbound Studios. Any portion of funds raised for the provision of the Services shall be non-refundable, unless such funds shall be deemed refundable under terms of services of the third-party service through which those funds for the provision of Services were procured and in effect at the time of provision of those funds. In consideration of Soulbound Studios' use of best efforts to develop, produce, and deliver the Services utilizing, in part or in whole, the funds

raised for the provision of Services, you agree any amounts raised shall be non-refundable regardless of whether or not Soulbound Studios actually delivers the Services. In consideration for the promises by Soulbound Studios, you agree you shall irrevocable waive any claim for refund of any such funds.

You acknowledge and agree the Services provided may differ in certain aspects from descriptions, screen shots, or game footage shown or described at the time of deposit of such funds.

## 6. Purchases of Goods, Perks, and Attributes

All Goods, Perks, and Attributes remain shall remain the property of Soulbound Studios at all times and are subject to its sole determination as to rules, regulations, and game play. You acknowledge and agree You have a limited license to access and use Goods, Perks, and Services which is governed by these Terms of Use, as well as the Soulbound Studios End User License Agreement, as they may be amended from time to time. You acknowledge Goods, Perks, and Attributes have no cash value and are not redeemable for any some of money or monetary value from Soulbound Studios at any time, including removal of Goods, Perks, and Attributes from your account due to changes by Soulbound Studios to the Services. You expressly acknowledge and agree Soulbound Studios may change, modify, update, suspend, delete, remove, or otherwise alter the appearance, function, use, and/or properties of the Service or any Goods, Perks, and Attributes, and that such changes enhance and improve Your use of the Services. These terms apply in full to transfer of limited license to any other user of the Services, including any gifting, in game contract enforcement, or to any other use, transfer, or transaction involving Goods, Perks and Attributes.

## 7. Purchases and Refunds

You acknowledge and accept that all purchases of the Services, as well as any purchase of any Goods, Perks, and Attributes, are FINAL. You acknowledge and agree that any applicable fees and other charges, including those paid for licenses to the Services or any Goods, Perks, and Attributes, including any virtual in game currency, are not refundable, in whole or in part. You acknowledge you will not be refunded, receive money, or otherwise be compensated or credited for unused virtual currency or other Goods, Perks, and Attributes, or of any unused Services, when an account is closed, whether such closure is voluntary or involuntary.

## 8. Third Party Services

**EXHIBIT F**                                                                    **25**

For certain transactions or aspects of game play, Soulbound Studios may transmit your information to certain third-party services or vendors, or require You to utilize such third-party services to facilitate certain aspects of the Services or purchases of the Services or Goods, Perks, and Attributes. Soulbound Studios makes no warranties or representations as to any such third-party services, and Soulbound Studios will in no way be responsible or in any way liable for Your use of such third-party services. Such use of third party services shall be governed by the terms of service of the particular service, which may or may not differ from these Terms of Service.

**9. Content and User Generated Content**

"Content" includes all data, forum postings, photographs in any form, video, game play, chat or other message, animation or graphics, files, lore, stories, suggestions, poll results, concepts, User Generated Content, or any other data, content, or material appearing in, contained in, or generated by use of the Services, whether on the world wide web or on another server or platform operated by Soulbound Studios or any other server or site to which Services are licensed by Soulbound Studios. All Content is owned by Soulbound Studios.

Content includes User Generated Content. User Generated Content is key to use of Soulbound Studios' Services. User Generated Content includes all forms of Content, supra, which are generated by You or any other user of Soulbound Studios' Services. User Generated Content includes User Account personas (and all other unique identifiers); user names; forum posts; chat posts; customer service chats; communications; images; sounds; videos; game suggestions, ideas, notes, feedback, lore, or concepts; or other information concerning the services, whether generated at Soulbound Studios' specific request, as part of your use of the Services, or via any other method while utilizing Soulbound Studios' Services. User Generated Content includes materials or information that is contributed by You or by any other person using the Services. By created User Generated Content, you grant to Soulbound Studios, and its licensors, licensees, any other person so designated by Soulbound Studios a perpetual, irrevocable, worldwide irrevocable and transferable license, without right to payment or royalty. In addition, you grant a limited license to all users of Services to utilize said User Generated Content while utilizing the services, including all necessary reproduction, distribution, display, performance, or other license rights necessary to utilize the Services.

By generating User Generated Content, you agree that the content is not otherwise protected as copyright, trademark, or other intellectual property rights, unless you own said rights or have a transferrable license to said rights.

**EXHIBIT F**                    <span style="color:red">**26**</span>

Consistent with 47 U.S.C. § 230, Soulbound Studios reserves the sole and final right to review, remove, block, edit, move or disable User Generated Content for any reason, with or without notice, and without liability to You. You agree to report any User Generated Content you believe to be in violation with these Terms of Use. If Soulbound Studios determines User Generated Content violates these Terms of Use, Soulbound Studios may take action, at its sole discretion, to suspend, terminate, or otherwise restrict a user of Services or the associated User Account. Soulbound Studios assumes no responsibility or liability for any User Generated Content, either as a result of generation of said content or Soulbound Studios' decision to remove or not remove or to take or not take any action with respect to User Generated Content.

## 10. In Game Contracts

An integral part of Soulbound Studios services is the utilization of in-game contracts, or contracts between users undertaken during game play as part of the game. Said contracts are not intended to create contractual obligations on behalf of any person or party. You agree You have no right to enforce any in-game contract between users. Soulbound Studios has the sole discretion to determine the mechanisms of game play with respect to any in-game contracts or obligations undertaken during the use of Services, and Soulbound Studios shall be the sole and final arbiter of any in-game contracts. In game contracts do not include the End User License Agreements, Terms of Use, or any other obligation undertaken by You as a result of using the Services.

## 11. Code of Conduct

Illegal or Abusive Usage is Strictly Prohibited: You must not abuse, harass, threaten, impersonate, or intimidate other users of our Services or any employee, agent, or affiliate of Soulbound Studios. You may not use our Services for any illegal or unauthorized purpose. International users agree to comply with all local laws regarding online conduct and acceptable content. SoulboundStudios.com and Soulbound Studios reserve the right, but are not obligated, to monitor materials posted in any public area and shall have the right to remove any information deemed offensive by our staff. Notwithstanding the foregoing, you remain solely responsible for your use of any information contained on the site. Distribution of any user's personal information, commonly known as doxing, is prohibited. International users agree to comply with all local laws regarding online conduct and acceptable content. Soulbound Studios and its Services shall be free of discrimination on the basis of race, ethnicity, religion, nationality, and sexual identity, and conduct not consistent with the same, including language that is obscene, threatening, bullying, sexually threatening, or invades the personal privacy of any user is a violation of the Code of Conduct. ChroniclesofElyria.com and Soulbound Studios reserve the right, but are not obligated, to monitor materials posted in any public area and shall have the right to

**EXHIBIT F**                                                                 27

remove any information deemed offensive by our staff. Notwithstanding the foregoing, you remain solely responsible for your use of any information contained on the site.

In addition, all User Generated Content on any forum operated by Soulbound Studios is also bound by the Community Forums Code of Conduct, found at https://chroniclesofelyria.com/Forums/Conduct.

Should you be found to have engaged in illegal or abusive usage of our Services, or any violation of these Terms of Use or Code of Conduct, Soulbound Studios may suspend, terminate, or take other action regarding your User Account. Soulbound Studios is the sole and final arbiter of whether conduct violates these Terms of Use. Soulbound Studios assumes no responsibility or liability for any user conduct or Soulbound Studios' decision to take action or not to take action with respect to user conduct.

## 12. Copyright

Copyright: All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of Soulbound Studios, protected by United States and international copyright laws and, where applicable, United States and international trademark law. The compilation of all content on this site is the exclusive property of the Company and protected by U.S. and international copyright laws. All software used on this site is the property of Soulbound Studios or its software suppliers, third party affiliates, or User Generated Content is protected by United States and international copyright laws. ChroniclesOfElyria and Soulbound Studios own and retain all proprietary rights to this domain and the website hosted thereon, as well as its trademarks and copyrights. Except for any information that is in the public domain, you are not authorized to reproduce, transmit, or distribute the proprietary information of the website, or of Soulbound Studios. By posting information to ChroniclesOfElyria.com, you represent to Soulbound Studios you have the right to grant permission for use of the same by Soulbound Studios.

## 13. Disclaimer of Warranties and Limitation of Liability

THIS SITE AND ALL SERVICES, INCLUDING ANY AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE ARE PROVIDED BY SOULBOUND STUDIOS ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. SOULBOUND STUDIOS

**EXHIBIT F**                                                                 **28**

MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR ANY SERVICES, OR OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE OR THROUGH OUR SERVICES, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. COMPANY DOES NOT WARRANT THAT THIS SITE; INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE; THEIR SERVERS; OR E-MAIL SENT FROM COMPANY ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. COMPANY WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

**14. Applicable Law, Jurisdiction, and Venue**

These Terms of Use, and any cause of action arising therefrom, shall be governed by the Laws of the State of Washington, without regard to principles of conflict of Laws. Any lawsuit arising from or related to these Terms of Use or your use of our Services shall be brought exclusively before the State or Federal Courts located in King County, Washington, and you hereby consent to the jurisdiction of any such court.

**15. Applicability**

You agree that these Terms of Use supersede and cancel all previous contracts or agreements, whether oral, written, or in some other form, whether express or implied, or whether through any prior course of dealing. You agree that Soulbound Studios, from time to time, may amend these Terms of Use. You further agree it is your responsibility to read and comprehend these terms of use, and you agree to be bound by them.