BLANK ROME LLP
Dennis M.P. Ehling (SBN 168892)
ehling@blankrome.com
Cheryl S. Chang (SBN 237098)
chang@blankrome.com
Harrison Brown (SBN 291503)
hbrown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
XSOLLA (USA), INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAMES FALLS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOULBOUND STUDIOS, LLC; SOULBOUND STUDIOS (USA); XSOLLA (USA), Inc.; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:21-cv-00961-SVW-JPR<br><br>**NOTICE OF MOTION OF DEFENDANT XSOLLA (USA) INC.'S MOTION TO DISMISS AND TO STRIKE**<br><br>Date: May 10, 2021<br>Time: 1:30 pm<br>Location: First Street Courthouse<br>350 W. 1st Street,<br>Courtroom 10A, 10th Floor,<br>Los Angeles, California 90012<br>(Remotely by Zoom)<br><br>Compl.: February 2, 2021<br>Trial: Not Set<br><br>*[Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, Proposed Order, and Declaration of Harrison Brown]* |

DEFENDANT XSOLLA'S NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE
149234.00603/125679959V.3

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 10, 2021 at 1:30 p.m., in Courtroom 10A, 10th Floor, of the United States District Court for the Central District of California, Western Division, before the Honorable Stephen V. Wilson Defendant Xsolla (USA), Inc., by and through its undersigned counsel, will, and hereby does, move to dismiss and Plaintiff James Falls' complaint, dated February 1, 2021, pursuant to Fed. R. Civ. P. 12(b)(6) as to Xsolla and to strike the putative class proposed by Plaintiff in Paragraphs 24-30 of the Complaint pursuant to Fed. R. Civ. P. 12(f).

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Harrison Brown, all of the papers on file with this Court, and upon such oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 1, 2021.

DATED:  April 9, 2021          BLANK ROME LLP


By: /s/ Harrison Brown
          Dennis M.P. Ehling
          Cheryl S. Chang
          Harrison Brown
     Attorneys for Defendant
     XSOLLA (USA), INC.

1

**DEFENDANT XSOLLA'S NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE**
149234.00603/125679959V.3