# EXHIBIT 1

# END USER LICENSE AGREEMENT

Welcome to Xsolla. By purchasing or using software described in this Xsolla End User Licensing Agreement (this "Agreement"), you ("User" or "You") agree to be bound by the rules set forth herein and in the Privacy Policy, which constitute a binding legal agreement between you and Xsolla. IF YOU DO NOT AGREE WITH THE TERMS OF THIS AGREEMENT, YOU ARE NOT AUTHORIZED TO PURCHASE THE SOFTWARE.
Note: Xsolla may, in its sole discretion, modify or revise this Agreement and the Privacy Policy at any time, and you agree to be bound by such modifications or revisions. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 1. Introduction

- You agree that the information that you provide to us will be true, accurate, current and complete. Without limiting any other terms of this Agreement, you may not use false identities or impersonate any other person or use a username (or nickname) or password that you are not authorized to use. You may never use another's account without permission. You are solely responsible for maintaining the confidentiality of your account, username, and password (collectively, Your "Account") and for all activities associated with or occurring under Your Account. You represent and warrant that Your Account information will be accurate at all times. To the extent permissible under applicable law, we cannot and will not be responsible for any loss or damage arising from your failure to comply with the foregoing requirements or as a result of use of Your Account.
- You may not transfer Your Account to any other person and you may not use anyone else's account at any time without the permission of the account holder.

## 2. Grant of License

- "Software" means the software, applications, content, games, or other digital materials, which Xsolla has been authorized by the respective Software developer or publisher to offer Users for purchase.
- Words "Sell", "sale" or "buy", "purchase" are solely related to the transfer of license rights in Software in accordance with this Agreement. Users do not acquire ownership of Software, but only the right to use it in accordance with the present Agreement and applicable agreement between user and the respective publisher (the "Publisher Agreement").
- The Software is licensed, not sold. Xsolla grants, and you accept a limited, revocable, terminable, non-exclusive right to use, display and perform the Software for your personal, non-commercial use (unless otherwise allowed pursuant to the applicable Publisher Agreement), provided you comply with all terms and conditions of this Agreement, applicable Publisher Agreement and copyright laws of the country in which the Software was created or from which it may be accessed, international treaties and conventions, and other laws.
- Your license confers no title or ownership in the Software. All title, ownership rights and intellectual property rights in and to the Software and any and all copies thereof, are owned by Xsolla and/or its affiliates' licensors. All rights are reserved, except as expressly stated herein. The Software is protected by copyright laws, international copyright treaties and conventions and other laws.
- Xsolla reserves any and all rights not expressly granted to you in this Agreement. You agree to refrain from any action that would diminish such rights or would call them into question.

## 3. License limitations

- Except as otherwise permitted under this Agreement, or under applicable law notwithstanding these restrictions, you may not, in whole or in part, copy, photocopy, reproduce, publish, distribute, translate, reverse engineer, derive source code from, modify, disassemble, decompile, create derivative works based on, or remove any proprietary notices or labels from the Software without the prior consent, in writing, of Xsolla.
- You may not sublicense, assign or transfer the license to the Software except as expressly provided in this Agreement and applicable Publisher Agreement.

## 4. Payment terms

- The final cost of Software is determined depending on the payment method and will be brought to your attention after such payment method is chosen.
- All purchases of Software require a valid debit/credit card or other payment method that is accepted by Xsolla in its sole discretion.
- You claim and warrant that your use of a credit card or other payment method is authorized and that all information that you submit to Xsolla or its 3rd party payment processor is true and accurate; you agree to pay all fees you incur. Xsolla is not liable for damage of any kind arising from your submission of any information that is deemed to be untrue or is inaccurate.
- All charges incurred, and all purchases are payable in advance and are not refundable in whole or in part, regardless of the payment method, except as expressly set forth in this agreement and applicable refund policy.
- If your purchase is subject to any type of use or sales tax, then Xsolla may also charge you for those taxes and you agree to pay all fees you incur and taxes if applicable. The European Union VAT ("VAT") tax amounts collected by Xsolla reflect VAT due on the value of any Software.
- You agree that you will not use IP proxying or other methods to disguise the place of your residence, whether to circumvent geographical restrictions on game content, to purchase at pricing not applicable to your geography, or for any other purpose. If you do this, we may terminate your access to purchased Software.
- Notwithstanding the foregoing, Xsolla has the right to refuse any payment in its sole discretion without giving explanation.
- The minimum and maximum limits of payment may be applied at the discretion of Xsolla. Generally, payments are limited to $150 per single purchase and $1000 in a 24-hour period per User. However, Xsolla reserves the right to modify these amounts based on its experience with a particular User and other considerations (purchase algorithms) that Xsolla applies to purchases.
- Payment processing, as well as a refund due to payment refusal, may take some time. Xsolla has no responsibility for any losses arising out of delays in payment processing and refund due to the payment refusal.

## 5. Withdrawal from purchase

- IF YOU ARE AN EU USER YOU HAVE THE RIGHT TO WITHDRAW FROM A PURCHASE TRANSACTION FOR DIGITAL CONTENT WITHOUT CHARGE AND WITHOUT GIVING ANY REASON UNTIL DELIVERY OF SUCH CONTENT HAS STARTED OR PERFORMANCE OF THE SERVICE HAS COMMENCED. YOU DO NOT HAVE A RIGHT TO WITHDRAW FROM A TRANSACTION OR OBTAIN A REFUND ONCE DELIVERY OF THE CONTENT HAS STARTED OR THE PERFORMANCE OF THE SERVICE HAS COMMENCED, AT WHICH POINT YOUR TRANSACTION IS FINAL. YOU AGREE THAT DELIVERY OF DIGITAL CONTENT COMMENCES AT THE MOMENT THE DIGITAL CONTENT IS ADDED TO YOUR

ACCOUNT OR INVENTORY OR OTHERWISE MADE ACCESSIBLE TO YOU FOR DOWNLOAD OR USE.

## 6. User Minimum Requirements and Obligation

- Upon entering of this Agreement, you represent that you are of the legal age of license in your state, province, or jurisdiction of residence. You agree that you will purchase Software using your own User name, and not try to impersonate any other User or hide your identity from Xsolla.

## 7. Disclaimer

- TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, XSOLLA AND ITS AFFILIATES EXPRESSLY DISCLAIM (I) ANY WARRANTY FOR THE SOFTWARE, AND (II) ANY COMMON LAW DUTIES WITH REGARD TO THE SOFTWARE INCLUDING DUTIES OF LACK OF NEGLIGENCE AND LACK OF WORKMANLIKE EFFORT. THE SOFTWARE, DIGITAL PRODUCTS AND ANY OTHER INFORMATION AVAILABLE IN CONNECTION THEREWITH ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE BASIS", "WITH ALL FAULTS", AND OF LACK OF VIRUSES WITH REGARD TO THE SOFTWARE AND WITHOUT, WARRANTY OF ANY KIND EITHER EXPRESSED, IMPLIED, OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. ANY WARRANTY AGAINST INFRINGEMENT THAT MAY BE PROVIDED IN SECTION 2-312 OF THE UNIFORM COMMERCIAL CODE AND/OR IN ANY OTHER COMPARABLE STATE STATUTE IS EXPRESSLY DISCLAIMED. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY XSOLLA OR XSOLLA AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. ALSO, THERE IS NO WARRANTY OF TITLE, NON-INTERFERENCE WITH YOUR ENJOYMENT, OR AUTHORITY IN CONNECTION WITH XSOLLA, THE SOFTWARE OR DIGITAL GOODS OR SERVICE. SOME STATES/JURISDICTIONS DO NOT ALLOW EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES, SO THE ABOVE DISCLAIMER MAY NOT APPLY TO YOU IN ITS ENTIRETY.
- NEITHER XSOLLA NOR ITS AFFILIATES GUARANTEE CONTINUOUS, ERROR-FREE, VIRUS-FREE OR SECURE OPERATION AND ACCESS TO, THE SOFTWARE OR ANY INFORMATION AVAILABLE IN CONNECTION THEREWITH.

## 8. Liability Limitation

- In no event shall Xsolla, its affiliates, its licensor(s) and each of our and their respective officers, directors, employees, and agents, be liable to you or to any third party: (i) for any lost profits or lost data or special, incidental, indirect, punitive or consequential damages (however arising, including negligence) arising out of or in any way connected to Xsolla, even if Xsolla has been advised of the possibility of such damages or loss or in the event of Xsolla or its affiliates' fault, tort (including negligence), strict liability, breach of contract, or breach of Xsolla's warranty; (ii) for any misrepresentation or fraud with respect to Software; (iii) for any loss or damages caused to any Software as a result of any action or omission of a developer; or (iv) for any amount in excess of (a) US $150 or (b) the amounts paid by you to Xsolla in the twelve (12) months preceding any claim by you having arisen, whichever is less. Some jurisdictions do not allow the limitation or exclusion of liability for incidental of consequential damages, so the above limitation or exclusion may not apply to you. You also may have other legal rights that vary from jurisdiction to jurisdiction. THESE LIMITATIONS AND EXCLUSIONS REGARDING DAMAGES APPLY EVEN IF ANY REMEDY FAILS TO PROVIDE ADEQUATE RECOMPENSE.

## 9.  Indemnification

- You agree to indemnify, defend, and hold harmless Xsolla, its parent, subsidiaries, affiliates, and the directors, officers, employees, shareholders, licensors, partners, contractors, agents from and against any loss, claim, damage, cost, liability and expense (including attorney's fees and costs and auditor's fees) arising out of or in connection with your violation of this Agreement, or arising out of a claim by any other User, developer or any other third party related to any action or omission by you.

## 10.   Miscellaneous

### A. Governing Law

- This Agreement and its interpretation, and any disputes that arise hereunder, shall be governed in all respects by the laws of State of California, USA, without giving effect to any principles that may provide for the application of the law of another jurisdiction. The U.N. Convention on Contracts for the International Sale of Goods is hereby expressly disclaimed.

### B. Disputes

- Most user concerns can be resolved by use of our Xsolla support site at help.xsolla.com If we are unable to resolve your concerns and a dispute remains between you and Xsolla, this section explains how we agree to resolve it.
- Any dispute arising out of or in connection with the Agreement, including any question regarding its existence, validity, or termination shall be determined by final and binding arbitration in Los Angeles, California, before a single arbitrator. The arbitration shall be administered by JAMS pursuant to its Streamlined Arbitration Rules and Procedures, and the arbitrator shall apply the laws applicable in the State of California.
- Judgment on the arbitral award may be entered in any court having jurisdiction thereof. THE PARTIES HERETO EXPRESSLY WAIVE THE RIGHT TO A TRIAL BY JURY. This section shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. The arbitrator shall, in the arbitral award, allocate all or part of the costs of the arbitration, including the fees of the arbitrator and the reasonable attorneys' fees (and accountant's fees) of the prevailing party, for payment by the non-prevailing party, and shall determine the prevailing party for this purpose.

### C. Term and Termination

- This Agreement is effective until terminated. You may terminate this Agreement at any time upon notice to Xsolla. Xsolla has the right at any time, for any reason or no reason to terminate this Agreement without any further liability to you. Upon termination of this Agreement, Sections 2, 6-9, 10 A and 10 C will survive.

### D. Amendment

- Xsolla may occasionally change terms and conditions of this Agreement, so Xsolla encourages you to review the Agreement periodically. If you purchase the Software after Xsolla changes the Agreement, you accept all changes. You can view the Agreement at any time at https://www.xsolla.com/eula/. If you don't agree to the amendments or to any of the terms in this Agreement, your only remedy is to stop using the Software. Xsolla shall not have any obligation to refund any fees in such cases.

### E. Notices

- Xsolla may give notice to you by means of a general notice to you on a paystation, through Your Account, electronic mail to your e-mail address in our records, or by written communication sent

by first class mail, postage prepaid, or overnight courier to your address on record, provided Xsolla has your physical address. All legal notices given by you or required under this Agreement shall be mailed to: Xsolla (USA) Inc., 15260 Ventura Blvd, Suite 2230, Sherman oaks, CA 91403, USA

F. Severability
- Except as otherwise expressly set forth in this Agreement, in the event that any provision of this Agreement shall be held by a court or other tribunal of competent jurisdiction to be unenforceable, such provision will be enforced to the maximum extent permissible and the remaining portions of this Agreement shall remain in full force and effect. This Agreement, constitutes and contains the entire agreement between the parties with respect to the subject matter hereof and supersedes any prior oral or written agreements. You agree that this Agreement is not intended to confer and does not confer any rights or remedies upon any person other than the parties to this Agreement.

G. Enforcement
- Xsolla's obligations are subject to existing laws and legal process and Xsolla may comply with law enforcement or regulatory requests or requirements notwithstanding any contrary term.

H. Compliance
- You agree to comply with all applicable import/export laws and regulations. You agree not to export the Software or allow use of your Account by individuals of any terrorist supporting countries to which encryption exports are at the time of exportation restricted by the European authorities. You represent and warrant that you are not located in, under the control of, or a national or resident of any such prohibited country.