BLANK ROME LLP
Dennis M.P. Ehling (SBN 168892)
ehling@blankrome.com
Cheryl S. Chang (SBN 237098)
chang@blankrome.com
Harrison Brown (SBN 291503)
hbrown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendant
XSOLLA (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAMES FALLS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOULBOUND STUDIOS, LLC; SOULBOUND STUDIOS (USA); XSOLLA (USA), Inc.; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:21-cv-00961-SVW-JPR<br><br>**REQUEST FOR CLARIFICATION ON DEFENDANT XSOLLA (USA) INC.'S MOTION TO DISMISS AND TO STRIKE**<br><br>Date:       May 10, 2021<br>Time:       1:30 pm<br>Location: First Street Courthouse<br>              350 W. 1st Street,<br>              Courtroom 10A, 10th Floor,<br>              Los Angeles, California 90012<br>              (Remotely by Zoom)<br><br>Compl.:   February 2, 2021<br>Trial:       Not Set |

REQUEST FOR CLARIFICATION ON DEFENDANT XSOLLA'S NOTICE OF MOTION TO DISMISS AND TO STRIKE

149234.00603/125848246V.2

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 9, 2021 defendant Xsolla (USA), Inc.'s ("Xsolla") filed its motion to dismiss and strike [Docket 19] (the "MTD/MTS Motion") plaintiff James Falls' ("Plaintiff") complaint, dated February 1, 2021 (the "Complaint") and set a hearing date for May 10, 2021 at 1:30 p.m., in Courtroom 10A, 10th Floor, of the United States District Court for the Central District of California, Western Division, before the Honorable Stephen V. Wilson.

On April 9, 2021, Xsolla also filed its motion to motion to compel arbitration [Docket 20] ("Arbitration Motion") and set a hearing date for May 10, 2021.

On April 9, 2021, defendants Soulbound Studios, LLC and Soulbound Studios (USA) (collectively "Soulbound") filed its motion to dismiss and/or transfer case to Western District of Washington [Docket 17] ("Transfer Motion") and set a hearing date for May 10, 2021.

On April 14, 2021, the Court issued a notice of deficiency [Docket 21] ("Deficiency Notice") notifying Xsolla of an incorrect event selection but did not instruct Xsolla to refile the MTD/MTS Motion. Rather, the Deficiency Notice stated, "In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so." The Court did not give further direction on the Deficiency Notice.

On May 7, 2021, the Court issued an order [Docket 31] ("Order") vacating and taking under submission Xsolla's Arbitration Motion and Soulbound's Transfer Motion. The order did not address Xsolla's MTD/MTS Motion in the Order and the MTD/MTS Motion hearing remains on calendar.

1

**REQUEST FOR CLARIFICATION ON DEFENDANT XSOLLA'S NOTICE OF MOTION TO DISMISS AND TO STRIKE**

149234.00603/125848246V.2

Defendant respectfully requests that the court to provide clarification on the status of Defendant's MTD/MTS Motion and if it is also vacated and taken under submission.

DATED:  May 7, 2021            BLANK ROME LLP


By: */s/ Harrison Brown*
        Dennis M.P. Ehling
        Cheryl S. Chang
        Harrison Brown
    Attorneys for Defendant
    XSOLLA (USA), INC.

149234.00603/125848246v.2                                  2

**REQUEST FOR CLARIFICATION ON DEFENDANT XSOLLA'S NOTICE OF MOTION TO DISMISS AND TO STRIKE**

149234.00603/125848246V.2